

# Fourth Court of Appeals
## San Antonio, Texas

July 6, 2018

No. 04-17-00552-CV

Ernest **BUSTOS**,
Appellant

v.

**BEXAR APPRAISAL DISTRICT &**
**BEXAR APPRAISAL REVIEW BOARD,**
Appellees

From the 166th Judicial District Court, Bexar County, Texas
Trial Court No. 2009CI14592
Honorable Solomon Casseb, III, Judge Presiding

# O R D E R

Sitting:      Sandee Bryan Marion, Chief Justice
               Karen Angelini, Justice
               Marialyn Barnard, Justice
               Rebeca C. Martinez, Justice
               Patricia O. Alvarez, Justice
               Luz Elena D. Chapa, Justice
               Irene Rios, Justice

The Court has Considered the Appellant's Motion for Rehearing En Banc, and the motion is DENIED.

_Sandee Bryan Marion_
Sandee Bryan Marion, Chief Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 6th day of July, 2018.



KEITH E. HOTTLE,
Clerk of Court